1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9   United States of America,            )     12-7550M
                                          )
10                       Plaintiff,       )     **ORDER**
                                          )
11  vs.                                   )
                                          )
12                                        )
    Edgar Bravo-Lopez,                    )
13                                        )
                         Defendant.       )
14                                        )
    _____      )

15
            This Court has considered the parties' Joint Motion to Extend Time for Indictment.
16
    (Doc. 3)
17
            Defendant has been charged with Illegal Entry, in violation of 8 U.S.C. § 1325(a)(2),
18
    which carries a maximum prison sentence of six months. It is a petty offense. 18 U.S.C. §
19
    3559(a)(7). The Speedy Trial Act, 18, U.S.C. §§ 3161-3172, does not apply to petty
20
    offenses. *See* 18 U.S.C. § 3172(a) (defining "offense" to be "any Federal criminal offense
21
    which is established by Act of Congress (other than a Class B or C misdemeanor or an
22
    infraction . . . ."). "Petty offenses are exempted from both the requirement of a jury trial and
23
    the Speedy Trial Act." *United States v. Richmond*, 312 Fed. Appx. 56, at *1 (9th Cir. 2009)
24
    (citing *United States v. Baker*, 641 F.2d 1311, 1319 (9th Cir. 1981) (holding Speedy Trial
25
    Act does not apply to petty offenses); *United States v. Carpenter*, 91 F.3d 1282 (9th Cir.
26
    1996) (collecting cases explaining that criminal contempt cannot be classified as either a
27

28

1  felony or misdemeanor for all purposes, but instead should be classified based on the

2  sentencing range imposed).

3       **IT IS ORDERED** that the parties' Joint Motion to Extend Time for Indictment, doc.

4  3, is **DENIED** as moot.

5       DATED this 16th day of October, 2012.

6

7

8       Lawrence O. Anderson
       United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28